# MEMORANDUM
## TO THE HONORABLE ALLYNE R. ROSS
## UNITED STATES DISTRICT JUDGE

RE: RODRIGUEZ, CARLOS
DKT.#: 05-CR-192
**Request For Early Termination**

On January 31, 2003, Your Honor sentenced the offender to a total of one hundred eleven (111) months in federal custody followed by three (3) years of supervised release after having been convicted in your district of Conspiracy to Use and Use of Extortionate Means to Collect an Extension of Credit (18 U.S.C. 894(a)(1) and Use of a Firearm in Relation to a Crime of Violence (18 U.S.C. (a)(1).

Rodriguez was released from custody on October 9, 2003, and has been supervised by the Southern District of New York (SDNY). We recently received a letter from the defendant's supervising officer, Michael F. Wasner, strongly recommending that we contact Your Honor to consider the defendant for early termination from supervised release. According to USPO Wasner, the defendant has responded very well to community supervision in that he has maintained stable residence and employment and has not tested positive for illicit narcotics usage. Furthermore, the defendant is gainfully employed as a sales consultant for Visionary Trade & Export. In the near future, his employment will require international travel and he views the condition restricting his travel as an impediment to his career growth. As such, he is requesting early termination from supervised release. As noted in 18 U.S.C. 3583(e)(1), the Court can terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such certain is warranted by the conduct of the defendant released and the interest of justice. As such, we also recommend that Your Honor consider the defendant's case for early termination. Please advise us of your decision by checking the appropriate box below and signing your name to the corresponding line.

Prepared by: _____
Robert W. Anton, Sr. U.S. Probation Officer

Approved by: _____
Anthony Castellano, Supervising U.S. Probation Officer

August 10, 2006

☑ Terminate from supervised release

☐ Continue on supervised release

_____
Allyne R. Ross, U.S. District Judge

8/14/06
Date